Entered on Docket
September 20, 2011

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

TIFFANY & BOSCO, P.A
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787
bk@wildelaw.com

Wachovia Bank of Delaware, NA
10-74650

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| In Re: | BK-S-10-31555-lbr |
|---|---|
| Scott Hunt and Kimberly Hunt | MS Motion No. 36<br>Date: September 14, 2011<br>Time: 11:00 AM |
| | Chapter 13 |
| Debtors. | |

## ORDER RE ADEQUATE PROTECTION

Secured Creditor's Motion for Relief from the Automatic Stay having come on for hearing in the above-entitled Court, all appearances as noted on court record, and based upon all the papers and pleadings on file herein and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the debtors will cure the post-petition arrearages currently due as follows:

| | |
|---|---|
| 4 Monthly Payments at $1,245.58 (May 1, 2011 - August 1, 2011) | $4,982.32 |
| 4 Late Charges at $62.28 (May 1, 2011 - August 1, 2011) | $249.12 |
| Motion for Relief Filing Fee | $150.00 |
| Attorneys Fees | $750.00 |
| Suspense Amount | ($22.10) |
| Total | $6,109.34 |

The total arrearage shall be paid in six monthly installments. Payments one through five (1-5) in the amount of $1,018.23 shall be in addition to the regular monthly payment and shall be due on or before the 20th day of the month commencing with the September 20, 2011 payment and continuing throughout and concluding on or before January 20, 2011. The sixth final payment in the amount of $1,018.19 shall be paid on or before February 20, 2011.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Debtors shall resume and maintain the regular monthly payments in a timely fashion, outside of any Bankruptcy Plan, beginning with the September 1, 2011 payment, on Secured Creditor's Trust obligation, encumbering the subject Property, generally described as 4357 Scarlet Sea Avenue, North Las Vegas, NV 89031, and legally described as follows:

ALL THAT CERTAIN PROPERTY SITUATED IN CITY OF NORTH LAS VEGAS IN THE COUNTY OF CLARK AND STATE OF NEVADA AND BEING DESCRIBED IN ADEED DATED 1210911998 AND RECORDED 1211111998 IN INSTRUMENT NUMBER 19981211-128 AMONG THE LAND RECORDS OF THE COUNTY AND STATE SET FORTH ABOVE AND REFERENCED FOLLOWS: LOT 59, BLOCK 5, SUBDIVISION NORTHBROOK UNIT 4, PLAT BOOK 82, PLAT PAGE 69.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that if the Debtors fail to make any payments as stated in this Order, or fail to maintain the regular monthly payments on Secured Creditor's obligation, allowing the normal grace period, then Secured Creditor may file and serve upon Debtors and Debtors' counsel, a fifteen (15) Day Notice Declaration Re Breach of Condition. For each such Declaration Re Breach of Condition filed, there shall be assessed an attorney fees of $100.00, to be paid by the Debtors upon any reinstatement. If upon the sixteenth (16th) day Debtors have failed to cure the delinquency, then Secured Creditor may submit to this Court an Order vacating the automatic stay as to Secured Creditor, and Secured Creditor may thereafter proceed with enforcing its Security interest in the subject Property, pursuant to applicable State Law, and take any action necessary to obtain complete possession thereof.

Submitted by:

TIFFANY & BOSCO, P.A

By_____
GREGORY L. WILDE, ESQ.
Attorneys for Secured Creditor
212 South Jones Boulevard
Las Vegas, Nevada 89107

APPROVED AS TO FORM & CONTENT:

Rick A. Yarnall                                    Randolph Goldberg

By_____                        By_____

RICK A. YARNALL                                    Randolph Goldberg
701 BRIDGER AVE., #820                             Attorney for Debtors
LAS VEGAS, NV 89101                                4000 S. Eastern Ave. #200
                                                   Las Vegas, NV 89119

                                                   Nevada Bar No. 5970

ALTERNATIVE METHOD re: RULE 9021:

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

___ The court has waived the requirements set forth in LR 9021(b)(1).

___ No party appeared at the hearing or filed an objection to the motion.

_X_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:

_X_ approved the form of this order      ___ disapproved the form of this order

___ waived the right to review the order and/or      ___ failed to respond to the document

___ appeared at the hearing, waived the right to review the order

___ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

_X_ approved the form of this order      ___ disapproved the form of this order

___ waived the right to review the order and/or      ___ failed to respond to the document

___ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

I declare under penalty and perjury that the foregoing is true and correct.

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor