1  TIFFANY & BOSCO, P.A
   Gregory L. Wilde, Esq.
2  Nevada Bar No. 004417
3  212 South Jones Boulevard
   Las Vegas, Nevada 89107
4  Telephone: 702 258-8200
   Fax: 702 258-8787
5
6  Wachovia Bank of Delaware, NA
   10-74650

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| In Re: | 10-31555-lbr |
|---|---|
| Scott Hunt and Kimberly Hunt | Order No.: |
| | Chapter 13 |
| Debtors | |

### DECLARATION RE BREACH OF CONDITION

STATE OF  South Carolina  )
                          )ss.
COUNTY OF  York           )

I, __Trina M. Glover__, under the penalty of perjury of the United States, declare and state:

1.  As to the following facts, I know them to be true of my personal knowledge, and if called upon to testify in this action, I could and would testify competently thereto.

2.  I am an employee of Wachovia Bank of Delaware, NA, Secured Creditor herein, and am most familiar with the loan and the bankruptcy case.

3.  The real property subject to the Deed of Trust is commonly described as 4357 Scarlet Sea Avenue, North Las Vegas, NV 89031 and legally described as follows:

ALL THAT CERTAIN PROPERTY SITUATED IN CITY OF NORTH LAS VEGAS IN THE COUNTY OF CLARK AND STATE OF NEVADA AND BEING DESCRIBED IN A DEED DATED 1210911998 AND RECORDED 1211111998 IN INSTRUMENT NUMBER 19981211-128 AMONG THE LAND RECORDS OF THE COUNTY AND STATE SET FORTH ABOVE AND REFERENCED FOLLOWS:

LOT 59, BLOCK 5, SUBDIVISION NORTHBROOK UNIT 4, PLAT BOOK 82, PLAT PAGE 69. PARCEL ID NUMBER:12431113037.

4. I have examined the document entitled "Order Regarding Adequate Protection", a copy of which is attached hereto and marked as Exhibit "A" and incorporated herein by reference. I represent my personal knowledge as to whether the Debtors have complied with the requirements of said Order.

5. Pursuant to the aforementioned Order, the Debtors would have fifteen (15) days from the date of this Declaration in which to cure the delinquencies due. If upon the 16th day, Debtors failed to so cure those delinquencies, the automatic Stay Order would be vacated and extinguished as to this Secured Creditor.

6. As of the date of this Declaration, the Debtors have not made the payments as required by the aforementioned Order. The Debtors are presently past due as follows:

| | |
|---|---|
| 2 Monthly Payments at $1,245.58 (September 1, 2011 - October 1, 2011) | $2,491.16 |
| 1 Stipulated Payment at $1,018.23 (September 20, 2011) | $1,018.23 |
| Attorneys Fees | $50.00 |
| Total | $3,559.39 |

7. Debtors are responsible for the subsequent payments that will come due during this Breach period:

a. 0 Monthly Payments
b. 1 Stipulated payment at $1,018.23

**PARTIAL TENDERS WILL NOT BE ACCEPTED**

8. Due to Debtors' failure to timely and properly comply with the Order as set forth hereinabove, Secured Creditor has been forced to incur additionally attorneys' fees to obtain relief from the Stay Order to take possession of its real property.

9. These attorneys' fees are in addition to attorneys' fees incurred prior to the non-compliance and are now owing to Secured Creditor from Debtors pursuant to the Deed of Trust.

10. Should the Debtor cure the default, the Debtors must forward the funds to:

**GREGORY L. WILDE, ESQ.**
**TIFFANY & BOSCO, P.A**
**212 South Jones Boulevard**
**Las Vegas, Nevada 89107**

I declare under penalty of perjury that the foregoing is true and correct.

*Irina M. Slmer* (signature)

SUBSCRIBED and SWORN to before me this ___ day of _____, 2011

VP Loan Documentation

_____
Notary Public in and for said
State and County

JOSHUA M. PLUMMER
NOTARY PUBLIC
SOUTH CAROLINA
MY COMMISSION EXPIRES 8-12-2020

TIFFANY & BOSCO, P.A
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787

Wachovia Bank of Delaware, NA
10-74650

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | 10-31555-lbr |
| Scott Hunt and Kimberly Hunt | Order No. |
| | Chapter 13 |
| Debtors. | |

## CERTIFICATE OF MAILING OF DECLARATION RE BREACH OF CONDITION

1. On  10·28·11   I served the following documents(s):

   DECLARATION RE BREACH OF CONDITION

2. I served the above-named document(s) by the following means to the persons as listed below:

   X   a. ECF System

   Randolph Goldberg
   randolphgoldberg@yahoo.com
   Attorney for Debtors

   Kathleen A Leavitt
   courtsecf3@las13.com
   Trustee

X  b. **United States mail, postage fully prepaid:**

    Scott Hunt and Kimberly Hunt
    4357 Scarlet Sea
    North Las Vegas, NV  89031
    Debtors

☐ c. **Personal Service** (List persons and addresses. Attach additional paper if necessary)

I personally delivered the document(s) to the persons at these addresses:

    ☐   1.    For a party represented by an attorney, delivery was made by handing the document(s) to the attorney's office with a clerk or other person in charge, or if no one is charge by leaving the document(s) in a conspicuous place in the office.

N/A

    ☐   2.    For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.
    N/A

☐ d. **By direct mail (as opposed to through the ECF System)**

*(List persons and email addresses. Attach additional paper if necessary)*

Based upon the written assignment of the parties to accept service by email or a court order. I caused the document(s) to be sent to the persons at the mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ e. **By fax transmission** *(List persons and fax numbers. Attach additional paper if necessary)*

Based upon the written assignment of the parties to accept service by fax transmission or a court order. I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ **f. By messenger** *(List persons and addresses. Attach additional paper if necessary)*

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service. *(A declaration by the messenger must be attached to this Certificate of Service).*

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on : 10-28-11